IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER D. THOMPSON,

    Petitioner,                    No. 2:13-cv-0964 DAD P

    vs.

SACRAMENTO MUNICIPAL COURT,

    Respondent.               ORDER
_____/

       Petitioner, a state prisoner proceeding pro se, has requested that this action be dismissed. The court will honor petitioner's request.

       Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. See Fed. R. Civ. P. 41(a); see also Rule 12, Rules Governing Habeas Corpus Cases Under Section 2254.

DATED: June 27, 2013.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9:md
thom0964.159